COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-209-CV

SHARLA STEPHENS CUMMINS APPELLANT

V.

WM SPECIALTY LLC APPELLEE

------------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Sharla Stephens Cummins a/k/a Sharla Stephens Cummins Phillips is attempting to appeal a home equity foreclosure order.  An order granting a home equity foreclosure application is not appealable.
(footnote: 2)  Although appellant has responded to our jurisdictional inquiry, she has not stated a ground for continuing the appeal.  Accordingly, we dismiss the appeal for want of jurisdiction.
(footnote: 3) 

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:   August 16, 2007 
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.

2:
Tex. R. Civ. P.
 736.8(A); 
Grant-Brooks v. FV-1, Inc.,
 176 S.W.3d 933, 933 (Tex. App.—Dallas 2005, pet. denied).

3:
See
 
Tex. R. App. P.
 43.2(f).